UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

EMILY FULLER,

    Plaintiff,

v.                                                         CASE NO. 17-CV-23368-DPG

HELZBERG'S DIAMOND SHOPS, INC.,
a foreign corporation,

    Defendant.
_____/

## **DEFENDANT'S REPORT PURSUANT TO COURT'S ORDER**

Defendant, HELZBERG'S DIAMOND SHOPS, INC.**,** hereby files its report to the Court as requested by this Court's September 28, 2017 order (D.E. 8) and states as follows:

Plaintiff, Emily Fuller, has filed a complaint alleging that Defendant's website does not comply with Title III American with Disabilities Act ("ADA") and trespass. (D.E. 1). Defendant's response to the Complaint is due October 19, 2017. (D.E. 10).

Defendant denies that its website is a place of public accommodation and that the ADA requires websites to be accessible. Defendant also denies that it is required to follow the WCAG 2.0 criteria. However, for business reasons and to avoid the cost of litigation, Defendant agrees that it will make modifications to its website.

Defendant is in the process of retaining a company to evaluate its website and make recommendations for modifications. Once that evaluation is complete, Defendant will begin making any necessary modifications. Defendant will need until March 1, 2019 to complete any necessary modifications.

Finally, the Parties are engaged in settlement discussions and Defendant hopes to resolve this matter soon.

Respectfully submitted this 12th day of October, 2017.

Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison
100 S.E. 2nd Street, Suite 2150
Miami, Florida 33131
Telephone: (305) 808-2143
Facsimile: (305) 808-2101
erodriguez@fordharrison.com
/s /Elizabeth M. Rodriguez
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Elizabeth M. Rodriguez

## SERVICE LIST

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |

WSACTIVELLP:9399456.1